UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:08CV-244-S

*Electronically Filed Under LR 5.4*

CAROLINE J. KOLODZI                                                                                                  PLAINTIFF

v.                                                            **COMPLAINT**

CHASE MANHATTAN BANK USA, N.A.
    Serve:  Kentucky Secretary of State
             Summonses Branch
             700 Capital Avenue, Suite 86
             Frankfort, Kentucky 40601

MANN BRACKEN, LLC
    Serve:  Kentucky Secretary of State
             Summonses Branch
             700 Capital Avenue, Suite 86
             Frankfort, Kentucky 40601

PALISADES COLLECTION, LLC
    Serve:  CT Corporations System
             Kentucky Home Life Building
             Louisville, Kentucky 40202                                         DEFENDANTS

**PRELIMINARY STATEMENT**

1. The Plaintiff, CAROLINE J. KOLODZI, brings this action to recover damages and for equitable relief under the provisions of The Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

## JURISDICTION

2. Jurisdiction over Plaintiff's claims is conferred on this Court pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692 et seq.

## PARTIES

3. The Plaintiff, CAROLINE J. KOLODZI (hereinafter "Plaintiff"), was, and is, at all times mentioned herein, a natural person and a resident and citizen of Jefferson County, Kentucky.

4. The Defendant, CHASE MANHATTAN BANK USA, N.A. (hereinafter "Chase Manhattan"), was, and is, at all times mentioned herein, a national banking association, organized and existing under the laws of the State of Delaware, and also conducting and doing business in the Commonwealth of Kentucky on a regular, consistent and ongoing basis.

5. The Defendant, MANN BRACKEN, LLC (hereinafter "Mann Bracken"), was, and is, at all times mentioned herein, a national collection agency, and an assignee of Chase Manhattan, organized and existing under the laws of the State of Delaware, and also conducting and doing business in the Commonwealth of Kentucky on a regular, consistent and ongoing basis.

6. The Defendant, PALISADES COLLECTION, LLC (hereinafter "Palisades Collection"), was, and is, at all times mentioned herein, a national collection agency, and an assignee of Chase Manhattan and/or Mann Bracken, with its principal place of business being in the State of New Jersey, and also conducting

and doing business in the State of Kentucky on a regular, consistent and ongoing basis.

## FACTUAL ALLEGATIONS

7. On or about November 19, 1997, Plaintiff's late husband, ROBERT P. KOLODZI, contracted for personal credit card services with the original creditor, Heritage Chase, which was later transferred and/or merged to Chase Manhattan.

8. Plaintiff's husband was the sole signer of the personal credit card account.

9. At time of contract, Plaintiff's husband added his wife, the Plaintiff, as an "authorized user" of the account.

10. Plaintiff never signed the application/contract thereby making her liable on the account as a "signer."

11. The Credit Card Account Number that forms the basis of this action is xxxxxxxxxxxx7046.

12. Plaintiff's husband died in October 2004.

13. After her husband's death, Plaintiff alerted all credit card companies of his death.

14. All but Chase Manhattan excused Plaintiff for the simple fact that Plaintiff was only an authorized user on the account and not the signer, therefore not liable on her husband's debt.

15. The unpaid balance of the Chase Manhattan account is $10,140.19.

16. Since Plaintiff's husband's death, various collection agencies working on behalf of Chase Manhattan have attempted to recover the amount of the debt.

17. Plaintiff has continuously requested validation of the debt in accordance with 15 U.S.C. §1692(g)(a)(4).  Specifically, Plaintiff has simply requested a copy of the original credit card application evidencing her signature, if any, thereby making her liable on the account.   Chase, and the subsequent collection agencies, Mann Bracken and Palisades Collection, have failed to provide this simple request.

18. In late 2007, Defendant Palisades Collection took over the account and have continued the practice of hassling phone calls for payment of a debt in of which Plaintiff is not legally bound.

19. The Defendants Chase Manhattan, Mann Bracken and Palisades Collection, collectively, acting on their volition, and/or acting by and through their agents, assigns, employees, attorneys, and authorized representatives, at unspecified dates and times between the years 2004 and 2008, and without proper justification for doing so, in an effort to coerce and intimidate the Plaintiff, and also to extort money from the Plaintiff in the form of payment of a credit card debt for which the Defendants knew the Plaintiff had no responsibility, made threats to the Plaintiff, intimidated the Plaintiff, misrepresented information to the Plaintiff, harassed the Plaintiff, humiliated the Plaintiff, and threatened to cause false and derogatory credit information about the Plaintiff to be furnished to various credit reporting agencies and companies unless the Plaintiff agreed to pay a credit card debt for which the Plaintiff was not responsible for paying, and for which the Defendant knew the Plaintiff  had no responsibility for paying.

20. As a direct and proximate result of the acts and actions of these Defendants, as described herein-above, the Plaintiff has been caused to suffer irreparable and permanent harm and damages, to include financial and economic harm and damages, the exact extent of which can not be determined at this time; severe emotional distress; physical and emotional pain and suffering; aggravation of physical and emotional conditions; embarrassment; humiliation; denial of credit; permanently tarnished credit rating; and other such and related harm and damages, and the Plaintiff will continue to suffer such harm and damages in the future.

## PRAYER

The Plaintiff requests that this Court exercise jurisdiction over these claims and award:

1. Full legal and equitable relief under FDCPA;
2. Compensatory damages;
3. Punitive damages;
4. Pre-judgment interest and post-judgment interest;
5. Trial by jury on all issues triable;
6. Attorneys' fees and costs; and
7. All other relief that the law and equity allow.

This the 12th day of May 2008.

MICHAEL D. KOLODZI
KOLODZI LAW OFFICE, PLLC
804 Stone Creek Parkway, Suite 4
Louisville, Kentucky 40223
Telephone: (502) 426-1661
Facsimile: (502) 426-6772

By: /s/ Michael D. Kolodzi
ATTORNEY FOR PLAINTIFF