UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NO. 3:08-CV-244-S

**CAROLINE J. KOLODZI**                                                      **PLAINTIFF**

VS.                            **STIPULATION OF DISMISSAL**

**CHASE MANHATTAN BANK USA, N.A.,** *et al*                    **DEFENDANTS**

\* \* \* \*

COMES NOW, Plaintiffs, Caroline Kolodzi (the "Plaintiff"), and Defendants, Chase Manhattan Bank USA, N.A., ("Chase"), and Mann Bracken, LLC ("Mann") by and through their respective counsel below, [1] and pursuant to Fed.R.Civ.Pro. 41, the parties stipulate that the Complaint and First Amended Complaint of Caroline J. Kolodzi against Chase, Mann and Palisades Collection, LLC filed in this action are dismissed with prejudice, each party to bear its own attorney's fees, costs and expenses.

SEEN AND AGREED TO BY:

/s/ Michael Kolodzi (by permission)        /s/ Anthony Raluy
Michael Kolodzi                            Anthony Raluy
Kolodzi Law Office, PLLC                   Foley Bryant Holloway & Raluy, PLLC
100 W. Broadway, Suite 650                 500 West Jefferson Street, Suite 2450
Glendale, California  91210                Louisville, Kentucky 40202
(502) 931-1249                             (502) 569-7550
COUNSEL FOR PLAINTIFF                      COUNSEL FOR CHASE MANHATTAN
                                           BANK USA, N.A.

---

[1] Defendant Palisades Collection LLC has not filed an Answer or other responsive pleading, nor has an attorney entered an appearance on behalf of Palisades Collection LLC.  Plaintiff hereby dismisses Palisades pursuant to Fed.R.Civ.Pro. 41.

2

<u>/s/ Robert Glenn Knirsch (by permission)</u>
Robert Glenn Knirsch
Javitch Block & Rathbone, LLP
110 Superior Avenue, 19th Floor
Cleveland, Ohio  44114
(216) 623-0000
COUNSEL FOR MANN BRACKEN, LLC